# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA MACKNEY, | ) | CASE NO. 1:12cv710 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | MEMORANDUM OPINION AND |
| COMMISSIONER OF SOCIAL SECURITY, | ) | ORDER |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation ("R & R") of the Magistrate Judge in the above-entitled action. (Doc. No. 16.) Under the relevant statute:

> [ ... ] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

In this case, the R & R was served electronically on December 20, 2012; and therefore, any objections to the report were due by January 3, 2013. No objections have been filed and the deadline has passed.

The failure to file written objections to a Magistrate Judge's R & R constitutes a waiver of a *de novo* determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's R & R and **ADOPTS** the same. Accordingly, since substantial evidence supports the Commissioner's conclusion that plaintiff is

capable of performing work that exists in significant numbers in the national economy and is not disabled, the Commissioner's final decision denying disability insurance benefits is **AFFIRMED** and this case is **DISMISSED.**

    **IT IS SO ORDERED**.

Dated: January 9, 2013

    **HONORABLE SARA LIOI**
    **UNITED STATES DISTRICT JUDGE**